CORNELIA C. FLAGG, as Administratrix of the Estate of EMILY KENNEDY, Deceased, Respondent, *v.* ALMIRA G. FISK et al., as Administrators of the Estate of HENRY G. FISK, Deceased, Appellants.

*Flagg* v. *Fisk*, 93 App. Div. 169, affirmed.
(Argued October 21, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 18, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Henry B. Kinghorn* and *George Wilcox* for appellants.

*Ernest Hall* and *Mortimer Kennedy Flagg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.